UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

VICTORIANO TAVAREZ, Individually, and
On Behalf of All Others Similarly Situated,

                    Case No. 1:21-cv-09949-JMF

        Plaintiff,

vs.

                    **STIPULATION OF DISMISSAL**

SPLENDID SPOON LLC,

        Defendant.

---------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| DATED: July 8, 2022 | **MIZRAHI KROUB LLP** |
| | *[signature]* |
| | EDWARD Y. KROUB |
| | JARRETT S. CHARO |
| | WILLIAM J. DOWNES |
| | 200 Vesey Street, 24th Floor |
| | New York, NY 10281 |
| | Telephone: 212/595-6200 |
| | 212/595-9700 (fax) |
| | jmizrahi@mizrahikroub.com |
| | jcharo@mizrahikroub.com |
| | wdownes@mizrahikroub.com |
| | |
| | *Attorneys for Plaintiff* |

2

DATED:  July 8, 2022

**HOLLAND & HART LLP**

_____

Michael Joseph O'Leary
901 K Street NW
Suite 850
Washington, DC 20001
202-654-6922
Email: mjoleary@hollandhart.com

*Attorney for Defendant*

SO ORDERED.

July 20, 2022